IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>ONE 2001 CHEVROLET SUBURBAN, )<br>VIN: 3GNEC16TX1G165966, WITH ALL )<br>APPURTENANCES AND ATTACHMENTS )<br>THEREON, )<br>Defendant. ) | Civil Action No.:  2:06CV-1022-F |

## LIMITED NOTICE OF APPEARANCE

    **COMES NOW**, Thomas J. Azar, Jr., attorney, and files herein his Limited Notice of Appearance for the Forfeiture Action Only, for the Respondent, Tarameshia Fountain, in the above-styled case.

    Counsel, in making this appearance, requests:

    1.    That notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to his at his address provided herein.

    2.    That name of counsel be entered herein on the appropriate court records.

    Respectfully submitted this the 29th day of November, 2006.

                                                                 /s/    Thomas J. Azar, Jr.
                                                                 THOMAS J. AZAR, JR.  (AZA006)
                                                                 Attorney for Respondent

Of Counsel:
Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL 36104
Office  (334) 263-5363
Fax      (334) 263-3988
Email   tjazar@al–lawyers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon the following persons or entities by CM/ECFon this the 29th day of November, 2006.

Honorable John Harmon<br>
Office of the United States Attorney<br>
Middle District of Alabama<br>
One Court Square, Suite 201<br>
Montgomery, AL  36104

          /s/     Thomas J. Azar, Jr.
      THOMAS J. AZAR, JR.   (AZA006)