IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06CV-1022-F |
| | ) | |
| ONE 2001 CHEVROLET SUBURBAN, | ) | |
| VIN: 3GNEC16TX1G165966, WITH ALL | ) | |
| APPURTENANCES AND ATTACHMENTS | ) | |
| THEREON, | ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT FOR *IN REM* FORFEITURE

COMES NOW, the Respondent and Owner of the above referenced property, Tarameshia Fountain, by and through counsel, and files herein her Answer in response to the Government's Verified Complaint for an *In Rem* Forfeiture, stating as follows:

1. The Respondent denies and asserts that the money seized is not subject to forfeiture pursuant to 21 USCA § 841, et seq.

2. Respondent denies any moneys seized were intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 USCA § 881(a)(6), and therefore, denies that this Honorable Court has jurisdiction over this matter.

3. Respondent denies that venue is proper because she did not violate any section of 21 USCA § 801, et seq., and furthermore, denies any moneys seized were intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 USCA § 801, et seq., or in violation of 21 USCA § 881(a)(6).

4. Respondent admits.

5. 
   (a) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (b) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (c) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (d) Respondent Admits the first sentence, Denies the remaining sentences in this paragraph, and demands strict proof thereof.

   (e) Respondent admits she was indicted, but was subsequently released and not prosecuted.

   (f) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (g) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (h) Respondent admits she purchased the defendant vehicle, however, Respondent denies she traded a vehicle in on the purchase.

   (i) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (j) Respondent cannot admit or deny as she has no personal knowledge of this statement.

   (k) Respondent admits.

   (l) Respondent denies this paragraph, and demands strict proof thereof.

6. N/A

7. Respondent denies this paragraph, and demands strict proof thereof.

8. Respondent denies this paragraph, and demands strict proof thereof.

9. Respondent denies her vehicle is liable for condemnation pursuant to 21 USCA § 881(a)(4) and 881(a)(6).

WHEREFORE, premises considered, the Respondent, Tarameshia Fountain, denies her vehicle is subject to seizure or condemnation for any violations of 21 USCA § 801, et seq., or in violation of 21 USCA § 881(a)(6). The Respondent further prays this Honorable Court dismiss the forfeiture action currently pending and order the United States Attorney or its Agent and Order the Government to return to the Respondent her vehicle which was illegally seized from her; in addition, order that the United States Attorney or its Agent pay the reasonable attorney fees of the Respondent; and grant unto the Respondent such other and further relief as the Court may deem just and equitable.

Respectfully submitted this the 29th day of November, 2006.

_____
Tarameshia Fountain, Claimant

_____
Thomas J. Azar, Jr. (AZA006)
Attorney for Claimant

Of Counsel:
Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL 36104
Office  (334) 263-5363
Fax    (334) 263-3988
Email  tjazar@al-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following persons or entities by CM/ECF on this the 29th day of November, 2006.

        Honorable John Harmon
Office of the United States Attorney
       Middle District of Alabama
     One Court Square, Suite 201
       Montgomery, AL  36104

_____
Of Counsel

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**STATE OF ALABAMA** )
: Civil Action No.: 2:06CV-1022-F
**MONTGOMERY COUNTY** )

## VERIFICATION

I, Tarameshia Fountain, hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief. I am the lawful owner of the defendant vehicle in this matter. Members of a drug task force illegally seized my vehicle.

I have read the contents of the Answer in response to the Government's Verified Complaint for an *In Rem* Forfeiture, and the statements contained therein are true and correct to the best of my knowledge and beliefs.

I, Tarameshia Fountain, hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Done this the 29th day of November, 2006.

_____
Tarameshia Fountain, Claimant

SWORN TO AND SUBSCRIBED, before me this the 29th day of November, 2006.

_____
Notary Public, State at Large

My Commission Expires: 08/05/2009