IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                                      )
      Plaintiff.                )
                                        )
      v.                       )      Civil Action No.:  <u>2:06CV-1022-F</u>
                                          )
ONE 2001 CHEVROLET SUBURBAN,  )
VIN:  3GNEC16TX1G165966, WITH ALL  )
APPURTENANCES AND ATTACHMENTS  )
THEREON,                           )
      Defendant.               )

## **VERIFIED CLAIM**

Members of the Montgomery Police Department executed a traffic stop on my vehicle.  They found Tavaris Mabson driving the vehicle.  I had allowed Tavaris Mabson to drive my vehicle.  I have no personal knowledge of whether Tavaris Mabson was or is involved in any illegal activities that would subject my vehicle to seizure.

I, Taramesha Fountain, hereby swear and affirm, and certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

                                                Taramesha Fountain, Claimant

SWORN TO AND SUBSCRIBED, before me this the _17th_ day of August, 2006.

                                      Notary Public, State at Large

                                      My Commission Expires _08/05/2009_

Respectfully submitted this the 2nd day of December, 2006.

    /s/    Thomas J. Azar, Jr.
THOMAS J. AZAR, JR.   (AZA006)
Attorney for Respondent

Of Counsel:
Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL 36104
Office  (334) 263-5363
Fax     (334) 263-3988
Email  tjazar@al-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following persons or entities by CM/ECFon this the 2nd day of December, 2006.

Honorable John Harmon
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL  36104

    /s/    Thomas J. Azar, Jr.
THOMAS J. AZAR, JR.   (AZA006)