# *Law Office of Thomas J. Azar, Jr., LLC*

615 SOUTH MCDONOUGH ST.• MONTGOMERY, AL • 36104
OFFICE (334) 263-5363 • FAX (334) 263-3988 • EMAIL: TJAZAR@AL-LAWYERS.COM

February 13, 2007

2007 FEB 15 A 9: 19

[...] HACKETT, [...]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court
Middle District of Alabama
Attn: Debra Hackett, Clerk of the Court
P.O. Box 711
Montgomery, AL   36101-0711

Re:   Change of Address

I am moving my law office effective **February 26, 2007**.  Please change my physical and mailing address to reflect the following new information:

Thomas J. Azar, Jr.
Law Office of Thomas J. Azar, Jr., LLC
615 South McDonough Street
Montgomery, AL   36104
Office   (334) 263-5363
Fax      (334) 263-3988
Email    tjazar@al-lawyers.com

Thank you in advance for your attention to this change.

Sincerely,

Thomas J. Azar, Jr.

2:06cv1022
2:06cv159-1