**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery Advertiser
   P.O. Box 1000
   Montgomery, AL 36101-1000
   Attn: Legal Ads

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Gary Edwards    B. Date of Delivery

C. Signature
   X _Gary Edwards_    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2006 DEC 14   [stamp: DEC 7 2006 1:30]
UNITED STATES
MARSHAL SERVICE
MIDDLE DISTRICT ALABAMA

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7006 0100 0003 2055 4841

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV1022-F |
|---|---|
| DEFENDANT<br>ONE 2001 CHEVROLET SUBURBAN, VIN: 3GNEC16TX1G165966 | TYPE OF PROCESS<br>NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS NO. 06-DEA-469703     PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*John T H*

TELEPHONE NUMBER: (334) 223-7280
DATE: 11/15/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process No.: 
District of Origin No.: 2
District to Serve No.: 2
Signature of Authorized USMS Deputy or Clerk: *H. Chavers*
Date: 11/20/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/27/07
Time: 3:40 pm

Signature of U.S. Marshal or Deputy: *H. Chavers*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 12/5/06 CM # 7006 0100 0003 2055 4841
12/14/06 Received green card signed "Gary Edwards"
Published 12/8, 12/15 & 12/22/06
Paid Invoice 2/27/07

**RETURNED AND FILED**
FEB 2 8 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

RECEIVED

2007 FEB 12  P 3: 34

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

STATE OF ALABAMA )
MONTGOMERY COUNTY )

Before me, *Betty Dennis*, a Notary Public in and for the State and County aforesaid, personally appeared *LaCethia Johnson*, who, first being duly sworn according to law, deposes and says that she is BOOKKEEPER for The Advertiser Company, publishers of *The Montgomery Advertiser* and *The Prattville Progress* and that the legal advertisement appeared in the *Montgomery Advertiser* and that there is now due on said account the sum of $791.34 which is due, just and unpaid; and that no part of said account has been paid except as herein specified.

*LaCethia Johnson*

Sworn and subscribed before this
_8th_ day of _Feb._

*Betty Dennis*
Notary Public, Montgomery Co., AL

MY COMMISSION EXPIRES 11/06/2010

IN THE UNITED STATES
DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,

v.

ONE 2001 CHEVROLET
SUBURBAN, VIN 3GNEC16T
X1G165966, WITH ALL AP-
PURTENANCES AND AT-
TACHMENTS THEREON, D-
EFENDANT.

CIVIL ACTION
NO. 2:06cv1022-MEF

NOTICE OF ARREST
AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued Warrant of Arrest In Rem for the forfeiture of the Defendant vehicle, which was seized from TAVARES MABSON on June 19, 2006, in Montgomery, Alabama.

Any person claiming an interest in the Defendant must file a claim asserting that Interest, in the manner set forth in Title 18, United States Code, Section 983(a)(4)(A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square,
Suit 201 (36104),
Post Office Box 197
Montgomery, Alabama
36101-0197
(334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.

All persons and entities who have an interest in the Defendant vehicle may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT
OF ALABAMA

Mont. Adv. 12/8, 12/15, 12/22/2006

708903