```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA,         :
                                  :
          PLAINTIFF,               :
                                  :
     v.                            :    CIVIL ACTION NO. 2:06cv1022-MEF
                                  :
ONE 2001 CHEVROLET SUBURBAN,      :
VIN: 3GNEC16TX1G165966,            :
WITH ALL APPURTENANCES             :
AND ATTACHMENTS THEREON,           :
                                  :
          DEFENDANT.               :

## THE UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

The United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby submits its Motion for Summary Judgment on the following grounds:

1. The Defendant property was used, or intended to be used, in any manner, or part, to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 841 et seq.

2. There is no genuine issue of material fact, and the United States is entitled to summary judgment as a matter of law.

3. This Motion for Summary Judgment of the United States is based upon the Verified Complaint for Forfeiture In Rem, the pleadings, the designated portions of depositions, and the attached Brief and Memorandum of Law.

WHEREFORE, PREMISES CONSIDERED, the United States moves that summary judgment be granted in its favor against the Claimant, and that the relief requested in the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> be awarded to the United States.

Respectfully submitted this 18th day of May, 2007.

                              FOR THE UNITED STATES ATTORNEY
                                  LEURA G. CANARY

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2007, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Thomas J. Azar, Jr.**

                                  /s/John T. Harmon  
                                  John T. Harmon  
                                  Assistant United States Attorney