IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1022-MEF |
| | ) | |
| One 2001 Chevrolet Suburban, VIN | ) | |
| 3GNEC16TX1G165966, with all | ) | |
| Appurtenances and Attachments thereon, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of the government's Motion for Summary Judgment (Doc. #15) filed on May 17, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on June 13, 2007.

It is further ORDERED that the claimant file a response which shall include a brief and any evidentiary materials on or before June 6, 2007. The government may file a reply brief on or before June 13, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE