IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | Civil Action No.:  2:06CV-1022-F |
| ONE 2001 CHEVROLET SUBURBAN, VIN:  3GNEC16TX1G165966, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | ) ) ) ) ) | |
| Defendant. | ) | |

**ANSWER TO UNITED STATES OF AMERICA'S**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Claimant, Tarameshia Fountain, who is the legal owner of the defendant vehicle, and answers to the United States of America's Motion for Summary Judgement pursuant to Rule 56 of the Federal Rules of Civil Procedure, stating as follows:

1. The Claimant denies and asserts that the vehicle seized is not subject to forfeiture pursuant to 21 USCA § 841, et seq.

2. Claimant denies that she had any knowledge of, and that she did not violate any section of 21 USCA § 841, et seq., and furthermore, denies that her vehicle that was seized was intended to be used by any person in the facilitation of a controlled substance or listed chemical violation of 21 USCA § 841, et seq.

WHEREFORE, premises considered, the Claimant, Tarameshia Fountain, denies that her vehicle that was seized was intended to be used by any person in the facilitation of a controlled substance or listed chemical violation of 21 USCA § 841, et seq.

This denial coupled with the Claimant's innocent owner defense should be sufficient

controversy to defeat the Government's assertion that no genuine issue of material fact exits. The United States of America is not entitled to summary judgment in this matter, and the Claimant prays for the return of her vehicle.

Respectfully submitted this the 28th day of May, 2007.

    /s/  Thomas J. Azar, Jr.
THOMAS J. AZAR, JR.  (AZA006)
Attorney for Claimant

Of Counsel:
Law Office of Thomas J. Azar, Jr., LLC
615 South McDonough Street
Montgomery, AL  36104
Office   (334) 263-5362
Fax      (334) 263-3988
Email    tjazar@al-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Answer to the United States' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Honorable John Harmon, Office of the United States Attorney, Middle District of Alabama, on this 28th day of May, 2007.

    /s/  Thomas J. Azar, Jr.
THOMAS J. AZAR, JR.  (AZA006)
Attorney for Claimant