```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

UNITED STATES OF AMERICA,     :
                              :
        PLAINTIFF,             :
                              :
    v.                         :    CIVIL ACTION NO. 2:06cv1022-MEF
                              :
ONE 2001 CHEVROLET SUBURBAN,  :
VIN: 3GNEC16TX1G165966,       :
WITH ALL APPURTENANCES        :
AND ATTACHMENTS THEREON,      :
                              :
        DEFENDANT.             :

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The parties have met. Settlement was not reached but negotiations will continue. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 11th day of June, 2007.

                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on June 11, 2007, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tom Azar.


                                        /s/John T. Harmon
                                        John T. Harmon
                                        Assistant United States Attorney