IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1022-MEF |
| | ) | |
| One 2001Chevrolet Suburban, VIN | ) | |
| 3GNEC16TX1G165966, with all | ) | |
| Appurtenances and Attachments thereon, | ) | |
| | ) | |
|     Defendant. | ) | |

## **ORDER**

It is hereby ORDERED that this case is set for a status conference on July 17, 2007 at

9:00 A.M. by conference call arranged by counsel for the government.

DONE this the 12th day of July, 2007.

                                        /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE