IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1022-MEF |
| ) | |
| **ONE 2001 CHEVROLET SUBURBAN,** ) | |
| **VIN: 3GNEC16TX1G165966,** ) | |
| **WITH ALL APPURTENANCES** ) | |
| **AND ATTACHMENTS THEREON,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Claimant Taramesha Fountain (Claimant) by and through their respective attorney, and hereby state as follows:

1. The parties respectfully move the Court to dismiss this case with prejudice.

2. As grounds, the parties would show that all issues in this case have been resolved pursuant to the attached Stipulation.

3. All parties will bear their own costs.

4. A proposed Order is attached.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Stipulation of Dismissal.

```
                                        FOR THE UNITED STATES ATTORNEY
                                              LEURA G. CANARY



Date: 10/12/07                          /s/John T. Harmon
                                        JOHN T. HARMON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        United States of America



Date: 10/12/07                          /s/Thomas J. Azar, Jr.
                                        THOMAS J. AZAR, JR.
                                        Attorney for Claimant Taramesha
                                         Fountain


Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail:  John.Harmon@usdoj.gov


For Claimant:

609 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334) 263-5363
Facsimile: (334) 263-3988
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1022-MEF |
| | ) |
| ONE 2001 CHEVROLET SUBURBAN, | ) |
| VIN: 3GNEC16TX1G165966, | ) |
| WITH ALL APPURTENANCES | ) |
| AND ATTACHMENTS THEREON, | ) |
| | ) |
| DEFENDANT. | ) |

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America ("United States") and Claimant Taramesha Fountain ("Claimant"), by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. The United States agrees to immediately return the Defendant vehicle to Claimant or to her attorney.

3. Claimant releases the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimant or Claimant's heirs, successors, or assigns ever had, now have, or may have in the future in connection with

the seizure, detention, and forfeiture of the Defendant vehicle. Claimant expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States of America, including but not limited to 28 U.S.C. § 2412. This express waiver in no way limits the general waivers contained herein.

4. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement, neither party admits wrongdoing or liability on any basis. The parties further agree to file a joint motion to dismiss this action with prejudice and to waive any right to appeal should such right exist.

5. Each party will bear its own costs except as stated above.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 10/9/07

_____
John T. Harmon [HAR108]
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 10/9/07

_____
Thomas J. Azar, Jr.
Attorney for Claimant Taramesha Fountain

Address of Counsel:

For United States of America:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov

For Claimant Taramesha Fountain:

609 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334) 263-5363
Facsimile: (334) 263-3988

```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv1022-MEF |
| | ) |
| **ONE 2001 CHEVROLET SUBURBAN,** | ) |
| **VIN: 3GNEC16TX1G165966,** | ) |
| **WITH ALL APPURTENANCES** | ) |
| **AND ATTACHMENTS THEREON,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## O R D E R

Based on the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

SO ORDERED this _____ day of _____, 2007.

 

_____
UNITED STATES DISTRICT JUDGE